

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00924-CR

EX PARTE NII-OTABIL NELSON, Appellant

Appeal from the 182nd District Court of Harris County.   (Tr. Ct. No. 1372073-A).

This case is an appeal from the order denying habeas relief signed by the trial court on September 22, 2014.   After submitting the case on the appellate record, the Court holds that the trial court's order contains no reversible error.   Accordingly, the Court **affirms** the trial court's order.

The Court **orders** that this decision be certified below for observance.

Judgment rendered June 30, 2015.

Panel consists of Chief Justice Radack and Justices Higley and Massengale.